UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Court No.    05-cv-11415-RGS |
| | ) | |
| JEAN M. NEVES and | ) | |
| BRIAN C. NEVES | ) | |
| | ) | |
| *Defendant*s. | ) | |

## WRIT OF PRE-JUDGMENT ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies:

GREETINGS:

In an Application for Prejudgment Writ of Attachment filed in this Court on August 11, 2005, in which the Plaintiff is the United States of America of One Courthouse Way, Suite 9200, Boston, Massachusetts, and the defendants are Jean M. Neves and Brian C. Neves of 66 Teaticket Path, East Falmouth, Barnstable County, Massachusetts, (Book 16700, Page 37), we command you to attach the real estate property of the defendants in accordance with 28 U.S.C. § 3102 to the value of $116,365.56, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 16, 2005 by Honorable Judge Sterns in the amount of $116,365.56.

SARAH A. THORNTON,
CLERK OF COURT

DATE:

_____
DEPUTY CLERK