| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05 cv-11415 RGS |
| DEFENDANT | TYPE OF PROCESS |
| Jean M. Neves & Brian C. Neves | Writ Attachment |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Barnstable Registry of Deeds

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3195 Courthouse, Main Street, Barnstable, MA 02630

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy M. Rios
US Attorney's Office
One Courthouse Way
Boston, MA 02210

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please file document with Registry within 10 days or before September 8, 2005.

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-748-3355
DATE: 8/30/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 8/31/05 |
|---|---|---|---|---|---|
| | 1 | | | Nancy [signature] | |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

$50 one endv. 9/7
200 miles inc. endv. 9/7

Date of Service: 9/6/05  Time: 9:35  am/pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90 | 73.00 | | 163.00 | | | |

REMARKS: 9/7/05 Reg. of Deeds will not accept as is

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Court No. 05-cv-11415-RGS ) |
| JEAN M. NEVES and BRIAN C. NEVES | ) ) ) |
| Defendants. | ) ) |

## WRIT OF PRE-JUDGMENT ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies:

GREETINGS:

In an Application for Prejudgment Writ of Attachment filed in this Court on August 11, 2005, in which the Plaintiff is the United States of America of One Courthouse Way, Suite 9200, Boston, Massachusetts, and the defendants are Jean M. Neves and Brian C. Neves of 66 Teaticket Path, East Falmouth, Barnstable County, Massachusetts, (Book 16700, Page 37), we command you to attach the real estate property of the defendants in accordance with 28 U.S.C. § 3102 to the value of $116,365.56, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 16, 2005 by Honorable Judge Sterns in the amount of $116,365.56.

DATE:
8/29/05

SARAH A. THORNTON,
CLERK OF COURT

_____
DEPUTY CLERK