UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       *Plaintiff*, )<br>        )<br>    v. )<br>        )<br>JEAN M. NEVES and )<br>BRIAN C. NEVES )<br>       *Defendant*s. ) | Court No.    05-cv-11415-RSG |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the United States of America, the plaintiff in the above-captioned matter, hereby gives notice of dismissal of this action as the defendants, Jean M. Neves and Brian C. Neves, have satisfied their debt to the United States by paying the total sum of $117,956.98.

                                  Respectfully submitted,

                                  UNITED STATES OF AMERICA
                                  By its attorneys

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

        By:

                                  /s/ Christopher R. Donato
                                  CHRISTOPHER R. DONATO
                                  Assistant U.S. Attorney
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA 02210
                                  (617) 748-3303

Dated: September 29, 2005

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                           Boston, MA

      I hereby certify that on the 29th of September, 2005, I have served a copy of the foregoing by mailing to Attorney Mark Boudreau located at 396 North Street, Hyannis, MA 02601.

                                            /s/ Christopher R. Donato
                                          CHRISTOPHER R. DONATO
                                          Assistant U.S. Attorney